# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilman, Ronald L. | U.S. Court of Appeals, Sixth Circuit | 3/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Senior Status) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 167 North Main Street, Suite 1176<br>Memphis, TN 38103 | Reviewing Officer_____  Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gulf Housing Ltd. Partnership | A | Interest | | | | | | | |
| 2. Gulf Housing Ltd. Partnership (six multi-state projects) | A | Rent | K | W | | | | | |
| 3. Federal Bldg. Federal Credit Union | A | Interest | L | T | | | | | |
| 4. Schwab Cash Reserves | A | Dividend | L | T | Buy | 04/19/11 | L | | |
| 5. AQR Diversified Arbitrage | B | Dividend | L | T | | | | | |
| 6. AQR Managed Futures Strategy | | | | | Buy | 04/14/11 | K | | |
| 7. AQR Managed Futures Strategy | A | Dividend | L | T | Buy | 09/26/11 | K | | |
| 8. Artio Int'l Equity | | None | | | Sold | 05/12/11 | M | E | |
| 9. ASG Global Alternatives | A | Dividend | L | T | | | | | |
| 10. Barclays Bank Ipath DJ UBS Commodity Index | | None | L | T | | | | | |
| 11. Deutsche Bank Notes due 08/23/11 | | None | | | Sold | 04/12/11 | K | | |
| 12. DFA Emerging Markets | B | Dividend | | | Sold | 12/28/11 | L | | |
| 13. DFA International Core Equity | | | | | Buy | 05/12/11 | M | | |
| 14. DFA International Core Equity | D | Dividend | M | T | Sold (part) | 09/26/11 | L | | |
| 15. DFA U.S. Small Cap Value | A | Dividend | K | T | | | | | |
| 16. Fidelity Cash Reserves | A | Dividend | | | Sold | 01/03/11 | K | | |
| 17. Fidelity International Small Cap | A | Dividend | K | T | Buy | 02/11/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Latin America | | None | | | Sold | 02/11/11 | K | D | |
| 19. Fidelity OTC Portfolio | | None | K | T | Buy | 06/22/11 | K | | |
| 20. Fidelitiy Real Estate Investment | A | Dividend | K | T | Buy | 01/03/11 | K | | |
| 21. Fidelity Select Materials Portfolio | A | Dividend | K | T | | | | | |
| 22. Fidelity Select Medical Equip. & Sys. | | None | | | Sold | 01/03/11 | K | C | |
| 23. Fidelity Small Cap Discovery | B | Dividend | K | T | Buy | 01/03/11 | K | | |
| 24. Goldman Sachs Satellite Strategies | C | Dividend | L | T | | | | | |
| 25. iShares MSCI Emgering Markets Index | | None | | | Sold | 05/05/11 | K | E | |
| 26. iShares MSCI ETF High Dividend Equity | A | Dividend | K | T | Buy | 12/27/11 | K | | |
| 27. iShares S& P Global Industrial Sector Index | | | | | Buy | 04/19/11 | L | | |
| 28. iShares S&P Global Industrial Sector Index | B | Dividend | | | Sold | 12/27/11 | L | | |
| 29. iShares S&P Midcap 400 Value | | | | | Sold (part) | 02/22/11 | K | D | |
| 30. iShares S&P Midcap 400 Value | B | Dividend | M | T | Buy | 09/26/11 | K | | |
| 31. iShares Tr. Russell 3000 Index | D | Dividend | O | T | Buy | 09/26/11 | L | | |
| 32. JP Morgan Chase Notes due 04/18/11 | | None | | | Redeemed | 04/18/11 | L | D | |
| 33. JP Morgan Chase Notes due 12/31/12 | | None | L | T | Buy | 10/26/11 | L | | |
| 34. JP Morgan Tax Aware Real Return | B | Dividend | K | T | Sold (part) | 09/26/11 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Matthews Pacific Tiger | | None | | | Sold | 04/19/11 | L | E | |
| 36. Pimco Enhanced Short Maturity Strategy | A | Dividend | K | T | | | | | |
| 37. Pimco Unconstrained Bond | | | | | Buy | 02/22/11 | J | | |
| 38. Pimco Unconstrained Bond | B | Dividend | K | T | Sold (part) | 09/26/11 | K | | |
| 39. Schwab U.S. Broad Market | | | | | Buy | 05/05/11 | K | | |
| 40. Schwab U.S. Broad Market | | | | | Sold (part) | 12/27/11 | K | | |
| 41. Schwab U.S. Broad Market | A | Dividend | | | Sold | 12/29/11 | J | | |
| 42. T Rowe Price Summit Muni Int. TermBond | C | Dividend | M | T | Buy | 09/26/11 | L | | |
| 43. Thornburg Ltd. Term Muni | | | | | Buy | 02/22/11 | K | | |
| 44. Thornburg Ltd. Term Muni | C | Dividend | L | T | Sold (part) | 09/26/11 | M | D | |
| 45. Vanguard Dividend Appreciation | A | Dividend | L | T | Buy | 04/20/11 | L | | |
| 46. Vanguard Meg Cap 300 | | None | K | T | Buy | 12/27/11 | K | | |
| 47. Vanguard MSCI Emerging Markets | | None | L | T | Buy | 12/28/11 | L | | |
| 48. Vanguard Short Term Tax Exempt | A | Dividend | K | T | Sold (part) | 09/27/11 | J | A | |
| 49. | | | | | | | | | |
| 50. IRA #1 | D | Dividend | N | T | | | | | |
| 51. -Schwab Cash Reserves | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Artio Int'l Equity | | | | | Sold | 05/12/11 | M | D | |
| 53. -DFA Int'l Core Equity | | | | | Buy | 05/12/11 | L | | |
| 54. -DFA Int'l Small Company Port. | | | | | Buy | 05/12/11 | L | | |
| 55. -DFA Int'l Small Company Port. | | | | | Sold (part) | 09/26/11 | K | | |
| 56. -DFA U.S. Small Cap Value | | | | | Buy | 09/26/11 | K | | |
| 57. iShares Tr. Russell 3000 Index | | | | | Buy | 09/26/11 | J | | |
| 58. -JP Morgan Strategic Income Oppty. | | | | | Sold (part) | 09/26/11 | J | | |
| 59. -Pimco Unconstrained Bond | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. IRA #2 | C | Dividend | L | T | | | | | |
| 62. -Schwab Cash Reserves | | | | | | | | | |
| 63. -DFA U.S. Small Cap Value | | | | | Buy | 09/26/11 | J | | |
| 64. -iShares MSCI Emerging Market Index | | | | | Sold | 05/05/11 | K | D | |
| 65. -JP Morgan High Yield Bond Select | | | | | Sold | 04/19/11 | L | E | |
| 66. -JP Morgan High Yield Bond Select | | | | | Buy | 12/27/11 | L | | |
| 67. -Pimco Real Return | | | | | Sold | 09/26/11 | J | A | |
| 68. -Schwab U.S. Broad Market | | | | | Buy | 05/05/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Schwab U.S. Broad Market | | | | | Sold (part) | 12/27/11 | K | | |
| 70. -Schwab U.S. Broad Market | | | | | Sold | 12/29/11 | J | | |
| 71. -Sector SPDR Industrial Select | | | | | Buy | 04/20/11 | L | | |
| 72. -Sector SPDR Industrial Select | | | | | Sold (part) | 12/27/11 | L | | |
| 73. -Vanguard Meg Cap 300 | | | | | Buy | 12/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 3/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald L. Gilman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544